# Court of Appeals
# of the State of Georgia

ATLANTA,   September 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0017.  EUGENE WRIGHT v. THE STATE.**

On July 15, 2015, the trial court denied Eugene Wright's motion to vacate a void sentence.  Wright filed an application for discretionary appeal from this ruling on August 24, 2015.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Wright filed his application 40 days after entry of the order he seeks to appeal.  Therefore, his untimely application is hereby DISMISSED for lack of jurisdiction.

Wright filed a motion for reconsideration in anticipation of this Court's dismissal of his application.  His motion for reconsideration is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   09/17/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*